Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR06-213JCC |
| Plaintiff, | |
| v. | ORDER CONTINUING TRIAL |
| DANIEL MacLEOD, and KIMBERLY ROUSE, | |
| Defendants. | |

## **ORDER**

The matter comes before the Court on Defendant's Motion to Continue Trial Date. The Court has reviewed all pleadings relevant to this motion.

The Court finds that pursuant to 18 U.S.C. §3161(h)(8)(A) and §3161(h)(8)(B)(i), (ii) and (iv), the ends of justice served by continuing the trial date from June 7, 2006 to August 14, 2006, outweigh the best interests of the public and the defendants in a speedy trial. This matter is complex due to the number of defendants involved and it is unreasonable to expect the parties to

adequately prepare for trial by August 19, 2006. Additionally, the failure to grant a continuance to August 14, 2006 would deny the defendants the time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.

Therefore, upon consideration of this motion and all other relevant materials, IT IS HEREBY ORDERED that Defendant's motion is granted. The trial is continued to October 30, 2006. Pre-trial motions are due on October 13, 2006. Defendants MacLeod and Rouse shall file waivers of speedy trial no later than August 15, 2006.

IT IS FURTHER ORDERED that, for purposed of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C. §3161-3164, the period of delay from August 19, 2006 through October 30, 2006 is excludable time pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

Dated this 17th day of August, 2006,

John C. Coughenour
United States District Judge